UNITED STATES of America, Plaintiff–Appellee,

v.

Ulysses RICHMAN, Defendant–Appellant.

No. 14–15204
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Sept. 25, 2015.

Roberta Josephina Bodnar, U.S. Attorney's Office, Orlando, FL, Michael C. Bagge–Hernandez, Jeffrey F. Michelland, U.S. Attorney's Office, Fort Myers, FL, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Neal Gary Rosensweig, PA, Hollywood, FL, for Defendant–Appellant.

Before MARCUS, WILLIAM PRYOR, and ROSENBAUM, Circuit Judges.

PER CURIAM:

Neal Rosensweig, appointed counsel for Ulysses Richman in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record re-

veals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Richman's convictions and sentences are **AFFIRMED**.

However, we note that there is a clerical error in the judgment. The judgment lists Richman's statutes of conviction for Count 2 as 21 U.S.C. §§ 841(a)(1) and 8419(b)(1)(C). The correct statutes, as reflected in the indictment, are 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C). Accordingly, the judgment is **VACATED** and the case is **REMANDED** for the limited purpose of correcting a clerical error in the judgment. *See United States v. Massey,* 443 F.3d 814, 822 (11th Cir.2006).